Suzanne Bostrom (AK Bar No. 1011068)
Brook Brisson (AK Bar No. 0905013)
Brian Litmans (AK Bar No. 0111068)
TRUSTEES FOR ALASKA
1026 W. Fourth Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 276-4244
Fax: (907) 276-7110
sbostrom@trustees.org
bbrisson@trustees.org
blitmans@trustees.org

Attorneys for Plaintiffs

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>  Defendants. | Case No. 3:20-cv-00114-SLG |

**NOTICE OF RELATED CASE**
(Local Civil Rule 3.1 and 16.1(e))

Pursuant to Local Civil Rules 3.1 and 16.1(e), Northern Alaska Environmental Center, *et al.* provides notice that the following cases were filed on February 2, 2018, in the United States District Court for the District of Alaska:

> *Northern Alaska Environmental Center et al. v. U.S. Department of the Interior et al.*, Case No. 3:18-cv-00030-SLG, *appeal docketed*, No. 19-35008 (9th Cir. Jan. 4, 2019) [hereinafter *Northern I*], and *Natural Resources Defense Council et al. v. Zinke et al.*, Case No. 3:18-cv-00031-SLG, *appeal docketed*, No. 19-35006 (9th Cir. Jan. 4, 2019) [hereinafter *NRDC*].

The Alaska District Court issued its decision in *Northern I* and *NRDC* on December 6, 2018, and they are now pending before the Ninth Circuit Court of Appeals. The following case was also filed on March 1, 2019, in the United States District Court for the District of Alaska: *Northern Alaska Environmental Center et al. v. U.S. Department of the Interior et al.*, Case No. 3:19-cv-00055-SLG [hereinafter *Northern II*].

These cases arise out of the Bureau of Land Management's decisions to conduct oil and gas lease sales in the National Petroleum Reserve–Alaska. *Northern I* involves a challenge the 2017 lease sale, *NRDC* involves a challenge to the 2016 and 2017 lease sales, and *Northern II* involves a challenge to the 2018 lease sale. The present case challenges the 2019 lease sale.

Because all these cases involve the same geographic area, address prior lease sales, and involve similar claims, there may be economies from assigning the cases to the same judge.

N. Alaska Envtl. Ctr., et al. v. U.S. Dep't of the Interior, et al.
Case No. 3:20-cv-00114-SLG                                            Page 2 of 5

Case 3:20-cv-00114-SLG   Document 5   Filed 05/15/20   Page 2 of 5

Respectfully submitted May 15, 2020,

    s/Suzanne Bostrom
Suzanne Bostrom (AK Bar No. 1011068)
Brook Brisson (AK Bar No. 0905013)
Brian Litmans (AK Bar No. 1011068)
TRUSTEES FOR ALASKA
Attorneys for Plaintiffs

---

*N. Alaska Envtl. Ctr., et al. v. U.S. Dep't of the Interior, et al.*
Case No. 3:20-cv-00114-SLG                                                    Page 3 of 5

# CERTIFICATE OF SERVICE

I certify that on May 15, 2020, I caused a copy of the NOTICE OF RELATED CASE to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system. For the parties who have not yet registered an appearance, a copy was served via U.S. Mail to:

David Bernhardt
Secretary of the Interior
Department of the Interior
1849 C Street, N.W.
Washington, DC 20240

Department of the Interior
1849 C Street, N.W.
Washington, DC 20240

Bureau of Land Management
1849 C Street, N.W., Room 5665
Washington, DC 20240

William Perry Pendley
Official Exercising the Authority of the Director
Bureau of Land Management
1849 C Street, N.W., Room 5665
Washington, DC 20240

Bryan Schroder
Office of the U.S. Attorney
222 West 7th Ave., Room 253 #9
Anchorage, AK 99501

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

*N. Alaska Envtl. Ctr., et al. v. U.S. Dep't of the Interior, et al.*
Case No. 3:20-cv-00114-SLG        Page 4 of 5

Case 3:20-cv-00114-SLG   Document 5   Filed 05/15/20   Page 4 of 5

Chad Padgett
Alaska State Director
Bureau of Land Management
222 W 7th Avenue #13
Anchorage, Alaska 99513

Rebecca Noblin & Erik Grafe
Earthjustice
441 W 5th Avenue, Suite 301
Anchorage, AK 99501

Ryan Steen
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101

                               s/Suzanne Bostrom
                               Suzanne Bostrom (AK Bar No. 1011068)

*N. Alaska Envtl. Ctr., et al. v. U.S. Dep't of the Interior, et al.*
Case No. 3:20-cv-00114-SLG                         Page 5 of 5

Case 3:20-cv-00114-SLG   Document 5   Filed 05/15/20   Page 5 of 5