Ryan P. Steen (Bar No. 0912084)
ryan.steen@stoel.com
Jason T. Morgan (Bar No. 1602010)
jason.morgan@stoel.com
James C. Feldman (Bar No. 1702003)
james.feldman@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

Attorneys for ConocoPhillips Alaska, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

NORTHERN ALASKA ENVIRONMENTAL
CENTER, ALASKA WILDERNESS LEAGUE,
DEFENDERS OF WILDLIFE, THE SIERRA
CLUB, and THE WILDERNESS SOCIETY,

                                    Plaintiffs,

        v.

UNITED STATES DEPARTMENT OF THE
INTERIOR, BUREAU OF LAND
MANAGEMENT, DAVID BERNHARDT, in
his official capacity as Secretary of the Interior,
and WILLIAM PERRY PENDLEY, in his
official capacity as the official exercising the
authority of the Director of the Bureau of Land
Management,

                                    Defendants.

No.: 3:20-cv-00114-SLG

**UNOPPOSED MOTION TO INTERVENE**

*NAEC, et al. v. U.S. Dept. of the Interior, et al.*
Case No. 3:20-cv-00114-SLG                1

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main (206) 624-0900 Fax (206) 386-7500

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, ConocoPhillips Alaska, Inc. ("ConocoPhillips") respectfully requests leave to intervene as a defendant in this civil action, and to assert the defenses set forth in its accompanying proposed Answer. As set forth more fully in the accompanying Memorandum and the Declaration of John F. Schell, Jr. in accordance with Rule 24(a):

1. This motion to intervene is timely;

2. ConocoPhillips has an interest relating to the transactions that are the subject of this action;

3. ConocoPhillips is so situated that disposition of this action may as a practical matter impede or impair its ability to protect its interests; and

4. ConocoPhillips' interests may not be adequately represented by existing parties.

Alternatively, in accordance with Rule 24(b), ConocoPhillips requests permissive intervention because its claims and defenses have questions of law and fact in common with those raised in this action and intervention will not unduly delay or prejudice the adjudication of the rights of the other parties.

As set forth in the Declaration of James Feldman, ConocoPhillips' counsel has contacted counsel for the parties to this litigation regarding this motion. Federal Defendants do not oppose ConocoPhillips' motion to intervene. Plaintiffs also do not oppose ConocoPhillips' motion to intervene.

*NAEC, et al. v. U.S. Dept. of the Interior, et al.*
Case No. 3:20-cv-00114-SLG          2

**STOEL RIVES** LLP
600 University Street, Suite 3600, Seattle, WA 98101
*Main (206) 624-0900 Fax (206) 386-7500*

ConocoPhillips respectfully requests that this Court enter the proposed order, filed

with this motion, granting it leave to intervene in this action and directing that

ConocoPhillips file its Answer within 14 days of when the stay ordered in this case is

lifted.[1]

DATED:  June 24, 2020

STOEL RIVES LLP

By: /s/ James C. Feldman
    RYAN P. STEEN (Bar No. 0912084)
    JASON T. MORGAN (Bar No. 1602010)
    JAMES C. FELDMAN (Bar No. 1702003)

Attorneys for ConocoPhillips, Alaska, Inc.

**STOEL RIVES** LLP
600 University Street, Suite 3600, Seattle, WA  98101
*Main (206) 624-0900 Fax (206) 386-7500*

---

[1] *See* Dkt. 7 (order staying proceedings).  The parties' joint motion to stay states: "This motion to stay is not intended to interfere with the court's adjudication of a motion to intervene, should there be one."  Dkt. 6 at 2 n.1.

*NAEC, et al. v. U.S. Dept. of the Interior, et al.*
Case No. 3:20-cv-00114-SLG          3

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2020, I filed a true and correct copy of the

foregoing document with the Clerk of the Court for the United States District Court of

Alaska by using the CM/ECF system. Participants in this Case No. 3:20-cv-00114-SLG

who are registered CM/ECF users will be served by the CM/ECF system.

Suzanne Bostrom – sbostrom@trustees.org
Brook Brisson – bbrisson@trustees.org
Brian Litmans – blitmans@trustees.org

/s/James C. Feldman
James C. Feldman

106931337.2 0028116-00147

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main (206) 624-0900 Fax (206) 386-7500

*NAEC, et al. v. U.S. Dept. of the Interior, et al.*
Case No. 3:20-cv-00114-SLG           4