JEAN E. WILLIAMS
Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

MICHAEL S. SAWYER, Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-514-5273 || 202-305-0506 (fax)
Michael.Sawyer@usdoj.gov

*Attorneys for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER, et al., | ) ) Case No. 3:20-cv-00114-SLG ) |
| Plaintiffs, | ) ) |
| v. | ) **NOTICE OF SUBSTITUTION** ) **OF COUNSEL** ) |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | ) ) ) |
| Defendants, | ) ) |
| CONOCOPHILLIPS ALASKA, INC., | ) ) |
| Intervenor-Defendant. | ) |

Pursuant to Local Civil Rule 11.1(c)(5), notice is hereby given that Michael S. Sawyer enters his appearance as counsel of record for Defendants in the above-captioned matter, in substitution for Michelle-Ann Williams. Service of any papers by United States mail should be addressed to the Post Office box indicated in the signature block below. Express deliveries, such as FedEx, should be addressed as follows:

>   Michael S. Sawyer
>   U.S. Department of Justice
>   Environment & Natural Resources Division
>   150 M St NE # 3116
>   Washington, D.C. 20002
>   (202) 514-5273

Respectfully submitted this 23rd day of July, 2020.

>   JEAN E. WILLIAMS
>   Deputy Assistant Attorney General
>   United States Department of Justice
>   Environment and Natural Resources Div.
>
>   */s/ Michael S. Sawyer*
>   MICHAEL S. SAWYER
>   Trial Attorney
>   Natural Resources Section
>   P.O. Box 7611 Washington, D.C. 20044
>   202-514-5273 || 202-305-0506 (fax)
>   Michael.Sawyer@usdoj.gov
>
>   *Counsel for Federal Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2020, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

/s/ *Michael S. Sawyer*
MICHAEL S. SAWYER
